[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 382.]

THE STATE EX REL. SQUIRIC, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO;

LTV STEEL COMPANY, INC., APPELLANT.

[Cite as *State ex rel. Squiric v. Indus. Comm.*, 1998-Ohio-397.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 95-2354—Submitted May 26, 1998—Decided July 22, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 94APD07-1038.

————————————

*Elliott, Heller, Maas, Moro & Magill Co., L.P.A., Rush E. Elliott* and *Richard L. Magill*, for appellee.

*Manchester, Bennett, Powers & Ullman, L.P.A.,* and *Joseph R. Young, Jr.*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

————————————